# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MATA CASTILLO, *individual and class representative on behalf of himself and all other similarly situated non-exempt former and current employees*,<br><br>       Plaintiff,<br><br>      v.<br><br>PACKAGING CORPORATION OF AMERICA, et al.,<br><br>      Defendants. | Case No.  1:26-cv-02285-SAB<br><br>ORDER GRANTING WITHDRAWAL OF ATTORNEY AND DIRECTING CLERK OF COURT TO TERMINATE ANNUREET K. BEZWADA AS ATTORNEY OF RECORD FOR DEFENDANTS<br><br>(ECF No. 7) |

On April 23, 2026, a notice of withdrawal of Annureet K. Bezwada as counsel for Defendants was filed.  Other counsel from the law firm of Littler Mendelson remains as counsel of record for Defendants.

Accordingly, IT IS HEREBY ORDERED that:

1.    The request to withdraw Annureet K. Bezwada as counsel is GRANTED; and

2.    The Clerk of the Court is DIRECTED to terminate Annureet K. Bezwada as counsel for Defendants.

IT IS SO ORDERED.

Dated:  **April 24, 2026**

                          STANLEY A. BOONE
United States Magistrate Judge