# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL MATA CASTILLO,<br><br>Plaintiff,<br><br>v.<br><br>PACKAGING CORPORATION OF AMERICA, et al.,<br><br>Defendants. | Case No.  1:26-cv-02285-SAB<br><br>ORDER VACATING JULY 8, 2026 HEARING ON DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |

On April 29, 2026, Defendants filed a motion for judgment on the pleadings, with a hearing set for July 8, 2026.  (ECF No. 9.)  Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition to the motion was due on May 13, 2026.  L.R. 230(c).  To date, Plaintiff has not filed an opposition.  The Local Rules provide that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument.  Id. Upon review of the motion for judgment on the pleadings, the Court takes this matter under submission and will issue its ruling on the papers in due course.

Accordingly, IT IS HEREBY ORDERED that the hearing set for July 8, 2026, is VACATED, and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **May 19, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1